# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| OLAKWESU Y. ELBEY, | : | |
| Moorish Republic of New Kermit, | | |
| | : | |
| Plaintiff, | | Case No. 3:10cv00143 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| ADMINISTRATIVE JUDGE | | |
| Carl S. Henderson, et al., | : | |
| | | |
| Defendants. | : | |

# DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 20, 2010 (Doc. #7) is ADOPTED in full;

2. Petitioner is DENIED leave to proceed in this case;

3. The Clerk of Court is directed to apply the requirements of Chief Judge Dlott's Order in *State of Ohio v. Larry Ealy*, Civil Case No. 1:09cv245 (S.D. Ohio)(Doc. #3) to any new pleading filed by Larry E. Ealy or Olakwesu Y. Elbey regardless of whether he captions it under these or any other name;

4. Petitioner's case is DISMISSED; and

5. The case is terminated on the docket of this Court.

May 10, 2010  *s/THOMAS M. ROSE*

                                                     Thomas M. Rose
                                   United States District Judge